JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| LUIS MARQUEZ, | Case № 2:20-CV-00569-ODW (MRW) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| NORTHEAST VALLEY INDUSTRIAL PARKS, LLC, ET AL., | |
| Defendants. | |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 09, 2020

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**